**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 00-6874**

---

JESSIE JAMES WILLIAMS,

Petitioner - Appellant,

versus

J. MICHAEL STOUFFER; ATTORNEY GENERAL OF THE
STATE OF MARYLAND,

Respondents - Appellees.

---

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Benson E. Legg, District Judge. (CA-00-
380-L)

---

Submitted: September 20, 2000       Decided: October 6, 2000

---

Before NIEMEYER, MICHAEL, and MOTZ, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Jessie Williams, Appellant Pro Se. John Joseph Curran, Jr., At-
torney General, Ann Norman Bosse, Jason Frederick Trumpbour, OFFICE
OF THE ATTORNEY GENERAL OF MARYLAND, Baltimore, Maryland, for
Appellees.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Jessie James Williams seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal substantially on the reasoning of the district court. See Williams v. Stouffer, No. CA-00-380-L (D. Md. May 23, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2